IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HELEODORO CASTRO, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:20-CV-3250-E-BK |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § | |
| DEFENDANT. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 21, is **GRANTED**, Defendant's cross-motion, Doc. 22, is **DENIED**, and the administrative decision is **REVERSED** and the case **REMANDED** for further proceedings.

**SO ORDERED:** September 19, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE